# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>TIFFIN CITY SCHOOLS and JBA MANAGEMENT SERVICES, LLC,<br><br>    Defendants. | Case No. 3:23-cv-01833<br><br>Judge James G. Carr<br><br>**JOINT ENTRY OF DISMISSAL** |

    Plaintiff, OHIO SECURITY INSURANCE COMPANY ("Ohio Security") and Defendants, TIFFIN CITY SCHOOLS ("Tiffin") and JBA MANAGEMENT SERVICES, LLC ("JBA") have notified the Court that they have reached resolution in this matter.

    All claims of Ohio Security as set forth in the Complaint herein are dismissed with prejudice. Each party shall bear their own attorneys' fees and costs. The Court shall retain jurisdiction to interpret and enforce the settlement agreement between Ohio Security, Tiffin, and JBA.

    IT IS SO ORDERED.

                                                          s/ James G. Carr
                                                   Judge James G. Carr
                                                   Magistrate Judge Darrell A. Clay

APPROVED:

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY | TIFFIN CITY SCHOOLS |
| By: /s/    Alex B. Mahler | By: /s/   Matthew D. Gurbach (*with consent*) |
| One of its Attorneys | One of its Attorneys |
| Alexander B. Mahler<br>amahler@nicolaidesllp.com<br>David J. Rock (*pro hac vice*)<br>drock@@nicolaidesllp.com<br>NICOLAIDES FINK THORPE<br>MICHAELIDES SULLIVAN LLP<br>10 South Wacker Drive, Suite 3600<br>Chicago, IL  60606<br>Tel:   312-585-1400<br>Fax:  312-585-1401 | Matthew D. Gurbach  (0076707)<br>mgurbach@brickergraydon.com<br>BRICKER GRAYDON LLP<br>1350 Euclid Ave., Suite 650<br>Cleveland, OH 44115<br>(216) 523-5468<br>(216) 523-7071 (facsimile) |
| *Attorneys for Plaintiff*<br>*Ohio Security Insurance Company* | *Attorneys for Defendant*<br>*Tiffin City Schools* |

JBA MANAGEMENT SERVICES, LLC

By: /s/   Jeffrey C. Zilba (*with consent*)
One of its Attorneys

Jeffrey C. Zilba
jeff@zilbalaw.com
SHINDLER NEFF LLP
6135 Trust Dr. Suite 115
Holland, OH 53551
Tel: 419-255-1515
Fax: 419-255-2332